JACOB M. HARPER (State Bar No. 259463)
  jacobharper@dwt.com
KATELYN A. FELICIANO (State Bar No. 350385)
  katelynfeliciano@dwt.com
DANIEL IMAKYURE (State Bar No. 356869)
  danielimakyure@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

*Attorneys for Defendant Gainful Health Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE CODY,<br><br>                     Plaintiff,<br><br>          vs.<br><br>GAINFUL HEALTH INC., a Delaware company,<br><br>                     Defendant. | Case No. 5:25-cv-01373 KK (SPx)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**[NOTE CHANGES BY COURT]**<br><br>Dept.:        Courtroom 3<br>Date:         September 4, 2025<br>Time:         9:30 AM<br><br>Action Filed:     January 15, 2025<br>FAC Filed:        May 2, 2025<br>Action Removed: May 30, 2025 |

ORDER GRANTING
MOTION TO DISMISS FIRST AMENDED COMPLAINT

**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

To date, Plaintiff has failed to file an opposition to the Motion.[1]  Thus, Plaintiff's failure to file an opposition is deemed consent to the granting of the Motion.  See Local Rule 7-12 ("[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion.").

The Court, having considered defendant Gainful Health Inc.'s (Gainful) Motion to Dismiss plaintiff Annette Cody's First Amended Complaint, as well as the supporting and opposing papers, exhibits, and the papers and records on file in this action, and finding good cause therefore, it is hereby **ORDERED** that Gainful's Motion to Dismiss is **GRANTED**, and this action is hereby **DISMISSED WITH LEAVE TO AMEND.**

No later than fourteen (14) days from this Order, Plaintiff may file a First Amended Complaint. If Plaintiff chooses to file an amended complaint, Plaintiff shall lodge as an exhibit a redlined version of the amended pleading indicating all additions and deletions of material. Plaintiff is expressly warned that failure to file a First Amended Complaint will result in this action being dismissed for failure to prosecute and comply with Court orders. See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

DATED: _August 15, 2025_

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's opposition was due August 14, 2025.

ORDER GRANTING
MOTION TO DISMISS FIRST AMENDED COMPLAINT

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899