Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
PACIFIC TRIAL ATTORNEYS, P.C.
4100 Newport Place Drive, Suite 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE CODY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GAINFUL HEALTH INC., a Delaware corporation,<br><br>    Defendant. | Case No.  5:25-cv-01373-KK-SP<br><br>**DECLARATION OF DAVID W. REID IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>[Memorandum of Points and Authorities; Pl.'s Response to Def.'s Request for Judicial Notice; Pl.'s Evidentiary Objections to Declaration of Daniel Imakyure; [Proposed] Order filed concurrently herewith]<br><br>Date:          November 20, 2025<br>Time:         9:30 a.m.<br>Judge:        Hon. Kenly Kiya Kato<br>Courtroom:    3 |

**DECLARATION OF DAVID W. REID**

I, David W. Reid, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California, as well as in all of the federal judicial districts therein. I am the founding partner of Pacific Trial Attorneys, P.C., counsel for plaintiff Annette Cody ("Plaintiff"). If called upon as a witness, I could and would competently testify to the facts set forth below, as I know each to be true based on my own personal knowledge or based upon my review of the files and records maintained by Pacific Trial Attorneys in the regular course of business.

2. On April 11, 2025, I attended the videoconference meet and confer with Daniel Imakyure ("Imakyure") by Zoom regarding Defendant Gainful Health Inc.'s intended Demurrer to the Complaint while the action, *Cody v. Gainful Health Inc.*, was pending in Riverside County Superior Court under case no. CVRI2500253.

3. Although I do not recall much of what was specifically was stated during the parties' meet and confer videoconference on April 11, 2025, I do recall Mr. Imakyure indicating that he was "confused" about the product at issue in the action. I believe that I informed him that I had the proof of purchase from Amazon.com because I had received the source documents from Plaintiff and shared with Mr. Imakyure that Plaintiff purchased: "Gainful Whey Protein Powder Build Muscle Bundle, Post Workout Support, Whey Isolate + Concentrate, Low Carb, Unflavored with Chocolate, Vanilla, Strawberry & Variety Pack Flavor Boosts, 28 Servings," which is the product information on the Amazon.com receipt reflecting Plaintiff's product purchase.

4. I recall that Mr. Imakyure had difficulty understanding what the exact size of the container was. I pulled open the electronic product images on my computer and stated that the product purchased by Plaintiff simply says "Gainful" on it; described the white pouch with the black bottom, informed him that it came with two pouches and that it didn't have a name associated with a product on the actual pouch.

5. Mr. Imakyure said that the image from the Complaint he had was hard to

1  read so I told him that I clearly see the image says the product has 14.8 oz.

2  6. Mr. Imakyure may have asked me to go to the Gainful.com website to identify which product it was and I do not recall whether he sent me a link or not, but I think I saw a similar looking package on the Gainful website and said that it looked *similar*. I do not recall telling Mr. Imakyure that Plaintiff purchased "Gainful Whey Protein Powder **Get Lean** Bundle, Meal Replacement, Post Workout Support, Whey Isolate + Concentrate, Unflavored" product. As mentioned above, I had read him exactly what the Amazon proof of purchase or receipt stated (which refers to the "Build Muscle Bundle") and know that I confirmed with him that it was a 14.8 oz bag and that Plaintiff had received two pouches/packages with her purchase in October of 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed on October 30, 2025.

                                            */s/ David W. Reid*
                                            David W. Reid

DECLARATION OF DAVID W. REID